**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
                                    (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Takeoff International Subco India Private Limited |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | N/A |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | N/A |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2501, Lightbridge, Hiranandani | |
| Number       Street | Number       Street |
| Meadows, Gladys | P.O. Box |
| Maharashtra, India 400610 | |
| City          State     ZIP Code | City          State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| County | Number       Street |
| | |
| | City          State     ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.takeoff.com/ |

Debtor    <u>Takeoff International Subco India Private Limited</u>        Case number *(if known)*_____
        Name

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See <u>http://www.uscourts.gov/four-digit-national-association-naics-codes</u> .

<u>5</u>   <u>1</u>   <u>1</u>   <u>2</u>

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

| Debtor | Takeoff International Subco India Private Limited | Case number *(if known)* |
|---|---|---|
| | Name | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor    See Schedule 1    Relationship    See Schedule 1

District    Delaware    When    05/30/2024
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City        State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

| Debtor | Takeoff International Subco India Private Limited | Case number (if known) |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/30/2024
　　　　　　　　 MM  / DD / YYYY

✗    /s/ Brett M. Anderson                               Brett M. Anderson
Signature of authorized representative of debtor        Printed name

Title    Deputy Chief Restructuring Officer

Debtor    Takeoff International Subco India Private Limited       Case number (*if known*)_____
     Name

**18. Signature of attorney**

✖   /s/ *Joseph M. Mulvihill*       Date   05/30/2024
      Signature of attorney for debtor       MM / DD / YYYY

    Joseph M. Mulvihill
Printed name

    Young, Conaway, Stargatt & Taylor LLP
Firm name

    Rodney Square, 1000 N. King Street
Number      Street

    Wilmington        DE      19801
City         State      ZIP Code

    (302) 571-6600        jmulvihill@ycst.com
Contact phone        Email address

    6061        DE
Bar number        State

## **Schedule 1**

### Pending Bankruptcy Cases Filed by Affiliates of the Debtor

On May 30, 2024, each of the affiliated entities listed below filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.

| COMPANY |
|---|
| Takeoff Technologies, Inc. |
| Takeoff Technologies Canada, Inc. |
| Takeoff Technologies Australia Pty Ltd. (ACN 639 288 958) |
| Takeoff Technologies FZE |
| Takeoff International Subco India Private Limited |
| Takeoff International Subco, LLC |

**ACTION BY UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF
TAKEOFF INTERNATIONAL SUBCO INDIA PVT LTD.**

Effective:  May 28, 2024

The undersigned, constituting all of the members of the Board of Directors (the "Board" or "Board of Directors") of Takeoff International Subco India Pvt Ltd., a duly incorporated private limited company under the India Companies Act of 2013 (the "Company"), hereby adopt the following resolutions (collectively, the "Resolutions") and consents to the actions contemplated therein, effective as of the date first written above:

**I.     Appointment of Chief Restructuring Officer and Deputy Chief Restructuring Officer**

WHEREAS, the Board has reviewed the materials presented by the management of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the business of the Company and its affiliates;

WHEREAS, the Board has had the opportunity to consult with management of the Company and advisors and fully consider each of the strategic alternatives available to the Company and its affiliates;

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of the Company, and its creditors, equity holders, and other parties in interest, to appoint a Chief Restructuring Officer ("CRO") and a Deputy Chief Restructuring Officer ("Deputy CRO") to assist with management and operation of the Company; and

WHEREAS, the Board has evaluated the capabilities of several candidates for the CRO and Deputy CRO appointments, and is prepared to make such appointments;

NOW, THEREFORE, BE IT RESOLVED, that effective as of the date first written above, the Board hereby appoints John DiDonato of Huron Consulting Services LLC ("Huron") as CRO for the Company and Brett Anderson of Huron as Deputy CRO, to assess the financial condition of the Company, the Company's current operations, the projected outlook for the Company, and the best path forward for its success, and shall take all such steps and do all such acts and things as they or any member of the Board shall deem necessary or advisable to proceed with the appointment, installation, and integration of the CRO and the Deputy CRO into the Company's financial and operational planning;

RESOLVED FURTHER, that the Company be, and hereby is, authorized and directed to pay all fees and expenses incurred in connection with the engagement of the CRO and the Deputy CRO;

RESOLVED FURTHER, that the officers of the Company, including, without limitation, the CRO and the Deputy CRO, are, and each of them hereby is, authorized and

directed, on behalf of and in the name of the Company, to take or cause to be taken any and all such other and further actions, and to execute, acknowledge, deliver, and file any and all such instruments as they, in their discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

RESOLVED FURTHER, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of the Company's management, advisors, and members of the Board, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved, and ratified.

## II.   **Chapter 11 Filing**

WHEREAS, the Company has been experiencing severe financial distress and the Board has previously reviewed, considered, and discussed certain materials presented by the management of the Company ("Management") and the Company's financial, legal and other advisors (the "Advisors"), including, but not limited to, materials regarding the liabilities and obligations of the Company, its liquidity, strategic alternatives available to it, and the effect of the foregoing on the Company's business and operations, and has had adequate opportunity to consult such persons regarding the materials presented, obtain additional information, and to fully consider each of the strategic alternatives available to the Company; and

WHEREAS, based on such review, advice and analysis, the Board has determined to seek the protections provided under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "Bankruptcy Code").

NOW THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its stakeholders, its creditors, and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief (the "Bankruptcy Petition") under the provisions of chapter 11 of title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

RESOLVED FURTHER, that John DiDonato, Brett Anderson, and any other duly appointed officer of the Company as well as any designee and delegate of any duly appointed officer of the Company (each, an "Authorized Person," and collectively, the "Authorized Persons") are each hereby authorized and appointed to act as signatory on behalf of the Company in respect of the filing of the Bankruptcy Petition and related matters contemplated by these Resolutions, and each Authorized Person acting alone or with one or more other Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to execute and file on behalf of the Company all agreements, certificates, petitions, schedules, lists, and other motions, papers, or documents (including the filing of financing statements), and to take any and all actions that they deem necessary, appropriate, or desirable to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain the ordinary course operation of the Company's businesses.

**III.**   **Debtor-in-Possession Financing**

WHEREAS, to facilitate the Company's ongoing operations during the Company's bankruptcy proceedings, the Company will obtain benefits from (a) the incurrence of debtor-in-possession financing obligations (the "DIP Financing"); and (b) the use of collateral, including cash collateral, as that term is defined in section 363(a) of the Bankruptcy Code (the "Cash Collateral"), which is security for the secured lender on the DIP Financing (the "DIP Lender");

WHEREAS, in order to use and obtain the benefits of (a) the DIP Financing and (b) the Cash Collateral, and in accordance with section 363 of the Bankruptcy Code, it is contemplated that the Company will provide certain liens, claims, and other adequate protection to the DIP Lender (the "DIP Obligations"), as documented in proposed interim and final orders (collectively, the "DIP Orders") to be submitted for approval to the Bankruptcy Court; and

WHEREAS, it is contemplated that the Company and certain affiliates of the Company will enter into that certain Debtor-In-Possession Credit Agreement (the "DIP Credit Agreement," and together with any related ancillary documents, the "DIP Facility Documents");

NOW THEREFORE, BE IT RESOLVED, that the Authorized Persons be, and each of them individually hereby is, acting alone, authorized and empowered to execute and deliver for and on behalf of the Company, the DIP Facility Documents, with any changes or modifications as may be approved by the Authorized Person executing the same, the authority of such Authorized Person so to act to be conclusively evidenced by such Authorized Person's execution thereof, and that any action heretofore taken in connection therewith by any Authorized Person is hereby approved, adopted, ratified and confirmed;

RESOLVED FURTHER, that the form, terms, and provisions of the DIP Orders to which the Company is or will be subject, and the actions and transactions contemplated thereby be, and hereby are authorized, adopted, and approved, and each of the Authorized Persons be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of, the DIP Orders, the DIP Facility Documents, and such other agreements, certificates, instruments, receipts, petitions, motions, or other papers or documents to which the Company or any subsidiary thereof will be a party, including, but not limited to, any security and pledge agreement or guaranty agreement (collectively with the DIP Orders and DIP Facility Documents, the "DIP Documents"), incur and pay or cause to be paid all fees and expenses and engage such persons as the Authorized Persons shall approve, such approval to be conclusively evidenced by such Authorized Person's execution and delivery thereof;

RESOLVED FURTHER, that the Company, as a debtor and debtor-in-possession under the Bankruptcy Code be, and hereby is, authorized to incur the DIP Obligations and certain obligations related to the DIP Financing and to undertake any and all related transactions on substantially the same terms as contemplated under the DIP Documents

(collectively, the "DIP Transactions"), including granting liens on its assets to secure such obligations; and

RESOLVED FURTHER, that the Authorized Persons be, and hereby are, authorized, directed and empowered, and each of them acting alone hereby is, authorized, directed, and empowered in the name and on behalf of the Company to take such actions as in their discretion determined to be necessary, desirable or appropriate and execute the DIP Transactions, including delivery of the DIP Documents and all other instruments, certificates, notices, assignments and documents related thereto;

RESOLVED FURTHER, that each of the Authorized Persons be, and hereby are, authorized, directed and empowered in the name of and on behalf of the Company to file, or cause to be filed, any Uniform Commercial Code (the "UCC") financing statements, any other equivalent filings, any intellectual property filings and recordation and any necessary assignments for security or other documents in the name of the Company that may be necessary or appropriate to perfect any lien or security interest granted under the DIP Orders, including any such UCC financing statement containing a generic description of collateral, such as "all assets," "all property now or hereafter acquired," and other similar descriptions of like import, and to execute and deliver, and to record or authorize the recording of such other filings in respect of intellectual and other property of the Company;

RESOLVED FURTHER, that each of the Authorized Persons be, and hereby is, authorized, directed and empowered in the name of and on behalf of the Company to take any of the following actions from time to time:

1. Grant security interests and liens in any real, personal or other property belonging to or under the control of the Company as security for the DIP Documents; and to execute and deliver any and all security agreements, pledges, mortgages, deeds of trust and other security instruments and other documents to effectuate the grant of such security interests and liens, which security instruments and other documents shall be in such form and content as an Authorized Person executing such security instruments and other documents shall approve (which approval shall be evidenced by the execution and delivery of such security instruments and other documents);

2. Waive on behalf of the Company, and in any agreement, instrument or document executed by the Company, any and all rights of the Company to require any lenders or agents under the DIP Documents to adhere to certain processes, including, without limitation, the right to a jury trial in an action or suit against such agents and/or lenders; and

3. Transact any other business with such agents and/or lenders incidental to the powers hereinabove granted; and

RESOLVED FURTHER, that each of the Authorized Persons be, and hereby is, authorized, directed and empowered in the name of and on behalf of the Company to take

all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the DIP Transactions and all fees and expenses incurred by or on behalf of the Company in connection with the foregoing resolutions, in accordance with the terms of the DIP Documents, which shall, in their sole judgement be necessary, desirable, proper or advisable and reasonable to perform any of the Company's obligations under or in connection with the DIP Orders or any of the other DIP Documents and the transactions contemplated therein and to carry out fully the intent of the foregoing resolutions.

IV.    **Retention of Professionals**

RESOLVED FURTHER, that each of the Authorized Persons, acting alone or with one or more other Authorized Persons be, and hereby are, authorized, empowered and directed to employ: (i) Sheppard Mullin, Richter & Hampton LLP as general bankruptcy counsel; (ii) Young, Conaway, Stargatt & Taylor LLP as local bankruptcy counsel; (iii) Huron Consulting Services LLC as financial advisor and restructuring advisor; (iv) Kroll Restructuring Administration LLC as the Company's notice, claims, and ballot agent; and (v) any other legal counsel, accountants, financial advisors, restructuring advisors or other professionals the Authorized Persons deem necessary, appropriate or advisable; each to represent and assist the Company in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any other applicable law; and in connection therewith, the Authorized Persons, acting alone or with one or more other Authorized Persons be, and hereby are authorized, empowered and directed, in accordance with the terms and conditions hereof, to execute (under the common seal of the Company, if appropriate) appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services;

RESOLVED FURTHER, that each of the Authorized Persons, acting alone or with one or more other Authorized Persons be, and hereby are, authorized, empowered and directed to execute and file all agreements, certificates, petitions, schedules, motions, lists, applications, pleadings, and other papers, and to perform such further actions and execute such further documentation that the Authorized Persons in their absolute discretion deem necessary, appropriate or desirable in accordance with these Resolutions;

V.    **General Authorizations**

RESOLVED FURTHER, that the Company hereby authorizes any affiliate of the Company or any entity of which the Company is the sole member, general partner, managing member, or equivalent manager, as applicable, to take each of the actions described in these Resolutions or any of the actions authorized in these Resolutions with respect to the Company, and none of the Resolutions contained herein, or action taken in furtherance hereto, shall have or cause an adverse effect on any such subsidiary, affiliate, or the Company's interest therein (including without limitation, any automatic dissolution, divestiture, dissociation, or like event under applicable law);

RESOLVED FURTHER, that in addition to the specific authorizations heretofore conferred upon the Authorized Persons, each of the Authorized Persons be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Person's judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein;

RESOLVED FURTHER, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the Resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice;

RESOLVED FURTHER, that all acts, actions, and transactions relating to the matters contemplated by these Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the Resolutions except that such acts were taken before the adoption of these Resolutions, are hereby in all respects approved, confirmed and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Board;

RESOLVED FURTHER, that each of the Authorized Persons be and hereby is, authorized and empowered to take all actions or to not take any action in the name of and on behalf of the Company with respect to the transactions contemplated by these Resolutions as such Authorized Person shall deem necessary, appropriate, or desirable in such Authorized Person's reasonable business judgment as may be necessary, appropriate, or desirable to effectuate the purposes of the transactions contemplated in these Resolutions; and

RESOLVED FURTHER, that these Resolutions, adopted by unanimous written consent, may be executed and delivered in any number of counterparts (including by facsimile or email with scanned attachment) and, upon such execution and delivery, such counterparts shall have the same force and effect as an original and together shall constitute one and the same instrument.

[*Signature Pages Follow*]

IN WITNESS WHEREOF, the undersigned have executed this Action by Unanimous Written Consent as of the date first written above.

DocuSigned by:

*Matthew Barnes*

BBE1E67030F2464...

Matthew Barnes

DocuSigned by:

*Santosh Vishwanath*

2F4C1F529B98406...

Santosh Vishwanath

**Fill in this information to identify the case:**

Debtor name: Takeoff Technologies, Inc., *et al* .

United States Bankruptcy Court for the:  District of Delaware

Case number (if known):  _____

☐ Check if this is an amended filing

Official Form 204

### Chapter 11 or Chapter 9:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | KNAPP, Inc.<br>2124 Barrett Park Drive<br>Suite 100<br>Kennesaw, GA 30144 | Attn: Gerald Hofer, Chief Executive Officer<br>PHONE: (678) 388-2880<br>EMAIL: william.stenger@knapp.com | Trade | C,U,D | | | $9,777,415.08 |
| 2 | Hy-Vee, Inc.<br>5820 Westown Parkway<br>West Des Moines, IA 50266-8223 | Attn: Jeremy Gosch, Chief Executive Officer<br>PHONE: (515) 267-2800<br>EMAIL: jgosch@hy-vee.com; ProductInquiry@hy-vee.com | Trade | C,U,D | | | $7,051,526.74 |
| 3 | KNAPP Systemintegration GmbH<br>Waltenbachstraße 9<br>Leoben, Leoben 8700<br>Austria | Attn: Gerald Hofer, Chief Executive Officer<br>PHONE: +43 5 04953 0<br>EMAIL: ksi.aviso@knapp.com | Trade | C,U,D | | | $2,102,492.76 |
| 4 | Associated Wholesale Grocers, Inc.<br>5000 Kansas Avenue<br>Kansas City, KS 66106 | Attn: James Neumann, Senior Vice President<br>PHONE: (913) 288-1000 | Trade | C,U,D | | | $1,650,000.00 |
| 5 | Gunderson Dettmer Stough Villeneuve Franklin & Hachigan, LLP<br>550 Allerton St.<br>Redwood City, CA 94063 | Attn: Jeffrey P. Higgins, Managing Partner & Dom Barnett - Controller<br>PHONE: (650) 321-2400<br>EMAIL: jhiggins@gunder.com; dbarnett@gunder.com | Trade | | | | $214,888.07 |
| 6 | Doit International USA Inc<br>5201 Great America Pkwy, Ste. 320<br>Santa Clara, CA 95054 | Attn: Vadim Solovey, Chief Executive Officer<br>PHONE: +972 54-289-9342; (408) 831-3500<br>EMAIL: billing@doit-intl.com | Trade | | | | $210,354.18 |
| 7 | Ricoh USA, inc.<br>300 Eagleview Boulevard, Suite 20<br>Exton, PA 19341 | Attn: Carsten Bruhn, President and CEO<br>PHONE: (610) 296-8000<br>EMAIL: nicole.hinchey@ricoh-usa.com | Trade | | | | $114,164.80 |
| 8 | The Siemon Company<br>101 Siemon Company Drive<br>Watertown, CT 06795 | Attn: Henry Siemon, President & CEO<br>PHONE: (860) 945-4200<br>EMAIL: accounts_receivable@siemon.com | Trade | | | | $79,293.80 |
| 9 | invenia<br>30 Sovereign Street<br>2nd Floor<br>Leeds, England LS1 4BA<br>United Kingdom | Attn: Jenny Barber - Finance Manager<br>PHONE: +44 20 8132 6898<br>EMAIL: jbarber@inveniagroup.com | Trade | | | | $56,250.00 |
| 10 | PrepRite By Everidge<br>15600 37th Ave N #100<br>Plymouth, MN 55446 | Attn: Chris Kahler, President and Chief Executive Officer<br>PHONE: (888) 227-1629<br>EMAIL: ar@everidge.com | Trade | | | | $49,238.00 |
| 11 | Brilyant IT Solutions Pvt Ltd<br>New Municipal No. 139, HAL Airport Road<br>Bengaluru (Bangalore) Urban, Karnataka 560008<br>India | Attn: Suresh Reddy, CEO<br>PHONE: +91  9739851757<br>EMAIL: debabrata.pattnaik@brilyant.coml phani@brilyant.com | Trade | | | | $45,760.04 |
| 12 | BDO USA LLP<br>1 International Place<br>4th Floor<br>Boston, MA 02110 | Attn: Wayne Berson, Principal, Chief Executive Officer & Bob Kender, IT RAS Managing Director<br>PHONE: (617) 422-0700<br>EMAIL: arlockbox@bdo.com; wberson@bdo.com | Trade | | | | $27,800.00 |

Debtor: Takeoff Technologies, Inc., _et al_ .

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
|---|---|---|---|---|---|---|---|
| 13 | Oracle Netsuite 2300 Oracle Parkway Austin, TX 94065 | Attn: Evan Goldberg, Executive Vice President PHONE: (571) 831-7379 EMAIL: collectionsteam_us@oracle.com | Trade | | | | $24,064.83 |
| 14 | LinkedIn Corporation 1000 W Maude Ave Sunnyvale, CA 94085 | Attn: Ryan Roslansky, Chief Executive Officer & Megan Straub, Account Director PHONE: (415) 913-2863 EMAIL: mstraub@linkedin.com, ar-receipts@linkedin.com | Trade | | | | $20,793.28 |
| 15 | Upshop 401 East Jackson Street Suite 3300 Tampa, FL 33602 | Attn: Shamus Hines, Chief Executive Officer PHONE: (813) 849-1818 EMAIL: accounting@applieddatacorp.com | Trade | | | | $20,000.00 |
| 16 | Postman 201 Mission Street Suite 2375 San Francisco, CA 94105 | Attn: Abhinav Asthana, CEO and co-founder PHONE: (415) 796-6470 EMAIL: info@postman.com; abhinav@postman.com | Trade | | | | $18,552.75 |
| 17 | ChartHop, Inc. 130 Shore Road Ste. 350 Port Washington, NY 11050-2205 | Attn: Ian White, Chief Executive Officer PHONE: (315) 992-8086 EMAIL: billing@charthop.com | Trade | | | | $18,453.50 |
| 18 | Wrike 70 N. 2nd Street San Jose, CA 95113 | Attn: President or General Counsel PHONE: (650) 318-3551 EMAIL: ar@team.wrike.com | Trade | | | | $16,893.75 |
| 19 | Perfect Packet LLC 115 East First Street, Suite 2E Hinsdale, IL 60521 | Attn: Zach Mau - Co-Founder PHONE: (773) 598-7280 EMAIL: contact@perfect-packet.com | Trade | | | | $12,839.39 |
| 20 | JAMF Software, LLC 100 Washington Ave S Suite 1100 Minneapolis, MN 55401 | Attn: John Strosahl, Chief Executive Officer PHONE: (612) 605-6625 EMAIL: receivables@jamf.com; info@jamf.com | Trade | | | | $10,000.00 |
| 21 | Morgan, Brown & Joy, LLP 200 State Street, Boston, MA 02109-2605 | Attn: Jaclyn L. Kugell - Managing Partner PHONE: (617) 523-6666 EMAIL: jkugell@morganbrown.com | Trade | | | | $7,922.50 |
| 22 | Schenker Australia Pty Ltd 72-80 Bourke Road Alexandria, New South Wales Australia | Attn: Jochen Thewes, Chief Executive Officer PHONE: (02) 9333 0496 EMAIL: rasul.chepuwala@dbschenker.com; jochen.thewes2@dbschenker.com | Trade | | | | $7,820.45 |
| 23 | LinkEx, Inc. 3535 N Houston School Rd Suite 200 Lancaster, TX 75134 | Attn: David Miller, Vice President and General Manager PHONE: (678) 690-5117 EMAIL: info@linkex.us | Trade | | | | $5,441.75 |
| 24 | Lando & Anastasi, LLP 60 State Street 23rd Floor Boston, MA 02109 | Attn: John N. Anastasi, Partner PHONE: (617) 395-7000 EMAIL: accounting@lalaw.com | Trade | | | | $5,249.75 |
| 25 | RSM Australia Pty Ltd 60 Castlereagh Street Level 13 Sydney, New South Wales Australia | Attn: Jamie O'Rourke, National Chairman PHONE: +61 2 8226 4500 EMAIL: brooke.easton@rsm.com.au; jamie.orourke@rsm.com.au | Trade | | | | $5,179.74 |
| 26 | Baker Tilly US, LLP 10 Terrace Court PO Box 7398 Madison, WI 53707-7398 | Attn: Adam L. Grinde, CPA, Managing Partner PHONE: (608) 249-6622 EMAIL: e-invoice@bakertilly.com | Trade | | | | $5,022.50 |
| 27 | iDeals 815 N Royal Street Suite 202 Alexandria, VA 22314 | Attn: President or General Counsel PHONE: 1 (800) 471-5636 EMAIL: accounts.receivable@idealscorp.com | Trade | | | | $4,621.88 |

Debtor: Takeoff Technologies, Inc., _et al_ .

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 28  Pitch Public Relations, LLC 1820 E Ray Rd Chandler, AZ 85225 | Attn: Ann Noder, CEO/President PHONE: (480) 263-1557 EMAIL: ann@pitchpublicrelations.com | Trade | | | | $3,600.00 |
| 29  Peach Labs, Inc. 108 S Jackson St Suite 300 Seattle, WA 98104 | Attn: Nishant Singh, Co-Founder & CEO PHONE: (619) 736-6036 EMAIL: hello@peachd.com | Trade | | | | $3,569.93 |
| 30  ClearCompany LLC 200 Clarendon St. Floor 49 Boston, MA 02116 | Attn: Andre Lavoie, CEO and Co-Founder PHONE: (617) 938-3801 EMAIL: billing@clearcompany.com; info@clearcompany.com | Trade | | | | $3,244.08 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TAKEOFF TECHNOLOGIES, INC., *et al.*,[1] | ) | Case No. _____ |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**CONSOLIDATED CORPORATE OWNERSHIP**
**STATEMENT AND LIST OF EQUITY INTEREST HOLDERS**
**PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), respectfully represent as follows:

1.    Medical Investment Group Ltd. owns approximately 36.7% of the outstanding shares of Takeoff Technologies, Inc.

2.    Assinatura Ltd. owns approximately 11.1% of the outstanding shares of Takeoff Technologies, Inc.

3.    A list of Takeoff Technologies, Inc.'s equity interest holders and their addresses is attached hereto as **Exhibit A**.

4.    Takeoff Technologies Canada, Inc., Takeoff Technologies Australia Pty Ltd. (ACN 639 288 958), Takeoff Technologies FZE, and Takeoff International Subco, LLC are each 100% owned by Takeoff Technologies, Inc.

5.    Takeoff International Subco India Private Limited is 99.99% owned by Takeoff Technologies, Inc., and .01% owned by Takeoff International Subco, LLC.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors federal tax identification numbers, as applicable, are:  Takeoff Technologies, Inc. (0552); Takeoff Technologies Canada, Inc.; Takeoff Technologies Australia Pty Ltd. (ACN 639 288 958); Takeoff Technologies FZE; Takeoff International Subco India Private Limited; and Takeoff International Subco, LLC.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 203 Crescent Street, Suite 203, Waltham, Massachusetts 02453.

## Exhibit A

**List of Takeoff Technologies, Inc.'s Equity Interest Holders**

Exhibit A

List of the Debtors' Shareholder and Warrant Holders[1]

| Name | Shareholder Email | Shareholder Address | Common (CS) | Series Seed Preferred (PS) | Series Seed Preferred (PS) 1:1 Conversion Ratio | Series A Preferred (PA) | Series A Preferred (PA) 1:1 Conversion Ratio | Series B-1 Preferred (PB1) | Series B-1 Preferred (PB1) 1.039625277... Conversion Ratio | Series B Preferred (PB) | Series B Preferred (PB) 1:1 Conversion Ratio | Series C-1 Preferred (PC1) | Series C-1 Preferred (PC1) 2.934614921... Conversion Ratio | Series C Preferred (PC) | Series C Preferred (PC) 3.155739022... Conversion Ratio | Series D Preferred (PD) | Series D Preferred (PD) 1:1 Conversion Ratio | Options and RSU's Outstanding 2016 Stock Plan | (W) Common Warrants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Ventures Cayman Series L.P. | alejandro.ponce.pe@gmail.com | Singel 542, Amsterdam, AZ, NL, 1017, Netherlands | | | | | | 41,446 | 43,087 | | | | | | | | | | |
| 2019 Alternative Public Investments LLC | vincemaglio@yahoo.com | No Address Available | 25,000 | | | | | | | | | | | | | | | | |
| Abdullah Aljamal | Email Address on File | No Address Available | 833 | | | | | | | | | | | | | | | | |
| AFOS, LLC | carlos_ingles@mckinsey.com | C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE, 19808 | | | | | | | | | | 798,817 | 2,344,220 | | | | | | |
| Akanksha Jain-Taylor | Email Address on File | Address on File | 1,000 | | | | | | | | | | | | | | | | |
| Alejandro Chu | Email Address on File | Address on File | 30,000 | | | 3,099 | 3,099 | 83,615 | 86,926 | 22,182 | 22,182 | 35,594 | 104,453 | 10,552 | 33,299 | 44,273 | 44,273 | | |
| Alfredo Millan | Email Address on File | Address on File | 10,000 | | | | | | | | | | | | | | | | |
| Andrii Panfilov | Email Address on File | Address on File | 5,833 | | | | | | | | | | | | | | | 460,000 | |
| Annette Franqui | Email Address on File | No Address Available | 249,615 | | | | | | | | | | | | | | | | |
| Anser Investments LLC | carlos.montufar@kfc.com.ec | Attn: General Counsel, 8 The Green, Ste 10450, Dover, DE, 19901 | | | | | | | | | | 68,450 | 200,874 | | | | | | |
| Antonio Annese | Email Address on File | Address on File | | | | 25,000 | 25,000 | 5,880 | 6,112 | | | | | 3,354 | 10,584 | | | | |
| Anuj Sonawala | Email Address on File | No Address Available | 20,000 | | | | | | | | | | | | | | | | |
| Arlo Capital Holdings LLC | earboleda@theevrgroup.com | 9 ROBIN WAY, GREAT NECK, NY, 11021 | | | | 1,550 | 1,550 | 7,935 | 8,248 | 11,092 | 11,092 | 35,792 | 105,035 | 3,142 | 9,915 | | | | |
| Arturo Bustamante | Email Address on File | No Address Available | 3,333 | | | | | | | | | | | | | | | | |
| Assinatura Ltd | isagarduy@lauderdale-mfo.com | Attn: General Counsel, 1150 Lee Wagener Blvd, Fort Lauderdale, FL, 33315 | | 542,820 | 542,820 | 1,186,981 | 1,186,981 | 1,509,066 | 1,568,863 | 582,526 | 582,526 | 249,842 | 733,187 | 63,654 | 200,875 | 266,553 | 266,553 | | |
| AVF LLC | afranqui@forrestalcapital.com | c/o Forrestal Capital, 1450 Brickell Ave #2530, Miami, FL, 33131 | | | | | | 273,127 | 283,949 | 30,535 | 30,535 | 34,225 | 100,437 | | | | | | |
| AVF LLC Retirement Plan | afranqui@forrestalcapital.com | c/o Forrestal Capital, 1450 Brickell Ave #2530, Miami, FL, 33131 | | | | 265,497 | 265,497 | | | 101,195 | 101,195 | | | 13,000 | 41,024 | | | | |
| Bassler Co Corp | octavio.boccalandro@gmail.com | 1300 Wyoming Ave, Forty Fort, PA, 18704 | 22,000 | | | | | | | | | | | | | | | | |
| Blue Lotus Holdings LLC | mchu@hbs.edu | Attn: General Counsel, 33 Colbert Rd East, West Newton, MA, 02465 | 5,000 | | | 257,750 | 257,750 | 229,874 | 238,982 | 76,274 | 76,274 | | | 6,365 | 20,086 | 100,436 | 100,436 | | |
| Boylston Group LLC | rmateos@boylston-group.com | One Boston Place, 201 Washington Street, Suite 2600, Boston, MA, 02108 | 15,790 | | | | | | | | | | | | | | | | |
| Brendan Burke | Email Address on File | Address on File | 900 | | | | | | | | | | | | | | | | |
| BS Family Trust | Email Address on File | No Address Available | | | | | | | | | | | | | | 4,016 | 4,016 | | |
| Bukiwi LLC | earboleda@theevrgroup.com | 445 Grand Bay Drive, Apt 609, Key Biscayne, FL, 33149 | | | | | | | | | | 35,792 | 105,035 | | | | | | |
| Bulleyes Venture Inc. | heiddyalmeida@gmail.com | 1430 REGAL ROW STE 320, DALLAS, TX, 75247 | | | | 154,185 | 154,185 | 62,030 | 64,487 | 44,697 | 44,697 | | | | | | | | |
| Castro-Wright Living Trust | Email Address on File | No Address Available | | | | | | | | | | 34,225 | 100,437 | | | | | | |
| Chetna Kalwani | Email Address on File | Address on File | 2,800 | | | | | | | | | | | | | | | | |
| Contadora Long Term Investment Ltd. | jiglesiaspalau@gmail.com | 19 Lancaster Road, Southport, PR8 2LF, United Kingdom | 10,000 | | | | | | | | | | | | | | | | |
| Cristina Vanmarcke de Pieretti | Email Address on File | No Address Available | 140,576 | | | | | | | | | | | | | | | | |
| Cristobal Botanch | Email Address on File | Address on File | 83,333 | | | | | | | | | 34,225 | 100,437 | | | | | | |
| Deltec Bank and Trust Limited | clienttrading@deltecbank.com | Deltec House, Lyford Cay, NASSAU, Bahamas | | | | 126,875 | 126,875 | 50,753 | 52,763 | 23,446 | 23,446 | | | | | | | | |
| Desarrolladora HK, SA de CV | julio@kuecapital.com | c/o Kut Capital, Paseo de Tamarindos #100, 201, Bosques de las Lomas, D.F., 05100, Mexico | 16,667 | | | | | | | | | | | | | | | | |
| Deturo Investments LLC | isagarduy@lauderdale-mfo.com | Attn: General Counsel, 1150 Lee Wagener Blvd, Fort Lauderdale, FL, 33315 | | | | | | | | | | 167,703 | 492,143 | | | 204,221 | 204,221 | | |
| Dirk Van Den Bergh | Email Address on File | No Address Available | | | | | | | | | | 34,225 | 100,437 | | | | | | 125,500 |
| Discret LP | rosana.baeumler@sequent.limited | Attn: General Counsel, Seefeld Star 279a, Zurich, 8008, Switzerland | | | | | | | | | | 102,675 | 301,311 | | | 40,175 | 40,175 | | |
| Dliver Capital II LP | joseph@mishkinlaw.com | c/o Mishkin & Associates LLC, 1250 E Hallandale Blvd Ste 706, Hallandale Beach, FL, 33009-4641 | | | | | | | | | | | | 258,771 | 816,612 | | | | |
| Dliver Capital III LP | joseph@mishkinlaw.com | c/o Mishkin & Associates LLC, 1250 E Hallandale Blvd Ste 706, Hallandale Beach, FL, 33009-4641 | 40,001 | | | | | | | | | 138,612 | 406,772 | | | | | | |

[1] As of May 9, 2024

Exhibit A

List of the Debtors' Shareholder and Warrant Holders[1]

| Name | Shareholder Email | Shareholder Address | Common (CS) | Series Seed Preferred (PS) | Series Seed Preferred (PS) 1:1 Conversion Ratio | Series A Preferred (PA) | Series A Preferred (PA) 1:1 Conversion Ratio | Series B-1 Preferred (PB1) | Series B-1 Preferred (PB1) 1.039625727702833424204583429:1 Conversion Ratio | Series B Preferred (PB) | Series B Preferred (PB) 1:1 Conversion Ratio | Series C-1 Preferred (PC1) | Series C-1 Preferred (PC1) 2.934614921055803302398457274:1 Conversion Ratio | Series C Preferred (PC) | Series C Preferred (PC) 3.15573902213661520629946567:1 Conversion Ratio | Series D Preferred (PD) | Series D Preferred (PD) 1:1 Conversion Ratio | Options and RSU's Outstanding Under 2016 Stock Plan | (W) Common Warrants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oliver Capital LP | joseph@mishkinlaw.com | c/o Mishkin & Associates LLC, 1250 E Hallandale Beach Blvd Ste 706, Hallandale Beach, FL, 33009-4641 | | | | | | 499,936 | 519,745 | | | | | | | | | | |
| eCommerce Marketplace, LLC | javierherran@sedanos.com | 14655 SW 56th St, Miami, FL 33175 | 151,179 | | | | | | | | | | | | | | | | |
| Ediviro Real Estate LLC | earboleda@theevrgroup.com | 445 Grand Bay Drive, Apt 609, Key Biscayne, FL, 33149 | | | | | | | | | | 14,317 | 42,014 | | | | | | |
| EquityZen Growth Technology Fund LLC - Series 1113 | portfolio@equityzen.com | c/o EquityZen Inc., 30 Broad Street. Suite 1200, New York, NY, 10004 | 24,845 | | | | | | | | | | | | | | | | |
| EquityZen Growth Technology Fund LLC - Series 672 | portfolio@equityzen.com | c/o EquityZen Inc., 30 Broad Street. Suite 1200, New York, NY, 10004 | 33,610 | | | | | | | | | | | | | | | | |
| EquityZen Growth Technology Fund LLC - Series 746 | portfolio@equityzen.com | c/o EquityZen Inc., 30 Broad Street. Suite 1200, New York, NY, 10004 | 50,000 | | | | | | | | | | | | | | | | |
| EquityZen Growth Technology Fund LLC - Series 921 | portfolio@equityzen.com | c/o EquityZen Inc., 30 Broad Street. Suite 1200, New York, NY, 10004 | 29,901 | | | | | | | | | | | | | | | | |
| Eric Kho | Email Address on File | Address on File | 500 | | | | | | | | | | | | | | | | |
| Eric Peterson | Email Address on File | Address on File | 750 | | | | | | | | | | | | | | | | |
| Erik Schweller | Email Address on File | Address on File | 1 | | | | | | | | | | | | | | | | 25,999 |
| Ermitage Finance Corp | rgtoledo1@aol.com | Uudenmaankatu 7 B 4, Helsinki, 00120, Finland | | 375,000 | 375,000 | 88,194 | 91,688 | | | | | | | 50,305 | 158,749 | | | | |
| Food Retail Ventures, LLC | james@mccann-investments-advisory.com | 260 CRANDON BLVD. STE 32-77, KEY BISCAYNE, FL, 33149 | | | | | | | | | | 34,225 | 100,437 | | | | | | |
| Fran Maruca | Email Address on File | Address on File | 7,886 | | | | | | | | | | | | | | | | |
| Francisco Ramirez | Email Address on File | No Address Available | | 185,000 | 185,000 | 47,037 | 48,900 | | | | | | | | | | | | |
| Frangipani Holdings Investments Ltd. | GLeon@forrestalcapital.com | c/o Forrestal Capital, 1450 Brickell Ave #2530, Miami, FL, 33131 | | 436,982 | 436,982 | 555,394 | 577,400 | 474,871 | 474,871 | 182,862 | 536,628 | 159,351 | 502,870 | 1,072,672 | 1,072,672 | | | | |
| Frank Muchacho | Email Address on File | No Address Available | 2,500 | | | | | | | | | | | | | | | | |
| Frostwood Corp. | fmarroquin@inmex.com | No Address Available | 20,000 | | | | | | | | | | | | | | | | |
| Gamitech LLC | carlos.benatar@gmail.com | 19500 TURNBERRY WAY 3D, AVENTURA, FL, 33180 | | | | 25,697 | 25,697 | 11,512 | 11,968 | | | | | | | | | | |
| Gilbert Araujo | Email Address on File | No Address Available | 5,000 | | | | | | | | | | | | | | | | |
| Gopal Shenoy | Email Address on File | Address on File | 1,000 | | | | | | | | | | | | | | | | |
| Grupo FKM SA DE CV | fernando@kuecapital.com | c/o Kue Capital, Paseo de Tamarindos # 100, 201, Bosques de las Lomas, D.F., 05100, Mexico | 8,334 | | | | | | | | | | | | | | | | |
| Guy Gerber | Email Address on File | No Address Available | 4,167 | | | | | | | | | | | | | | | | |
| H2O Capital Innovation, L.P. | mporras@bedrockcapital.com.mx | 78 SW 7th St. #500, Miami, FL, 33130 | 50,000 | | | | | | | | | | | | | | | | |
| Heather Hall | Email Address on File | Address on File | 2,000 | | | | | | | | | | | | | | | | |
| HKE 1 | julio@kuecapital.com | Paseo de los Tamarindos · Suite 100, Floor 201, Bosques de las Lomas, Mexico City, CDMX, 05100, Mexico | 25,000 | | | | | | | | | 47,915 | 140,612 | | | | | | |
| Ievgenii Myskov | Email Address on File | No Address Available | 1,770 | | | | | | | | | | | | | | | | |
| IGNIA SPV III, LLC | sgg@ignia.vc | 101 Arch St., 8th Floor, Boston, MA, 02110 | | | | | | | | | | 358,452 | 1,051,918 | | | | | | |
| Isaac Wakszol Family Trust (Irrevocable) | Email Address on File | No Address Available | 4,167 | | | | | | | | | | | | | | | | |
| Jacob Garzon | Email Address on File | No Address Available | | | | 25,697 | 25,697 | 30,104 | 31,296 | 7,449 | 7,449 | | | 12,587 | 39,721 | | | | |
| James Parker | Email Address on File | Address on File | 100 | | | | | | | | | | | | | | | | |
| Jaroslav Enrique Alonso | Email Address on File | No Address Available | 25,000 | | | | | | | | | | | | | | | | |
| Javier Segovia | Email Address on File | Address on File | 110,000 | | | | | | | | | | | | | | | | |
| Jean-Marc Soulier | Email Address on File | No Address Available | 13,334 | | | | | | | | | | | | | | | | |
| Jeca Ltd, a British Virgin Islands corporation | guillermo.bolinaga@gmail.com | Flat 16, Arundel Court, West Street, Burgess Hill, West Sussex, RH15 8, United Kingdom | | | | | | | | | | 13,690 | 40,174 | | | | | | |
| Jim Mullin | Email Address on File | Address on File | 1,500 | | | | | | | | | | | | | | | | |
| John Marquez 2015 Irrevocable Trust | Email Address on File | No Address Available | 4,167 | | | | | | | | | 34,225 | 100,437 | | | | | | |
| Jose Vicente Aguerrevere | Email Address on File | No Address Available | 293,660 | | | | | | | | | | | | | | | | 1,751,387 |
| Jose Vicente Aguerrevere 2019 Irrevocable Trust | Email Address on File | Address on File | 1,000,000 | | | | | | | | | | | | | | | | |
| Joseph Lee | Email Address on File | Address on File | 885 | | | | | | | | | | | | | | | | |
| Juan Carlos Freile Franco | Email Address on File | Address on File | | | | | | | | | | 6,845 | 20,087 | | | | | | |
| Juan Max Pedró | Email Address on File | Address on File | 1,208,619 | | | | | | | | | | | | | | | | 2,606,736 |

Exhibit A

List of the Debtors' Shareholder and Warrant Holders[1]

| Name | Shareholder Email | Shareholder Address | Common (CS) | Series Seed Preferred (PS) | Series Seed Preferred (PS) 1:1 Conversion Ratio | Series A Preferred (PA) | Series A Preferred (PA) 1:1 Conversion Ratio | Series B-1 Preferred (PB1) | Series B-1 Preferred (PB1) 1.039625277 02833424204 583429:1 Conversion Ratio | Series B Preferred (PB) | Series B Preferred (PB) 1:1 Conversion Ratio | Series C-1 Preferred (PC1) | Series C-1 Preferred (PC1) 2.9346149210 558033023984 57274:1 Conversion Ratio | Series C Preferred (PC) | Series C Preferred (PC) 3.1557390221 3651520629 46567:1 Conversion Ratio | Series D Preferred (PD) | Series D Preferred (PD) 1:1 Conversion Ratio | Options and RSU's Outstanding Under 2016 Stock Plan | (W) Common Warrants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Juan P. Ortiz-Loayza | Email Address on File | No Address Available | | | | | | 3,384 | 3,517 | | | | | | | | | | |
| Keng-Qui Chia | Email Address on File | Address on File | 1,000 | | | | | | | | | | | | | | | | |
| Kenin Associated Corp. | biancabocc@yahoo.com | 4366 Mt. Pleasant St. NW, North Canton, OH, 44720 | 2,000 | | | | | | | | | | | | | | | | |
| Laura Scott | Email Address on File | Address on File | 5,350 | | | | | | | | | | | | | | | | |
| Leslie Rozencwaig on behalf of Rozencwaig & Nadel, LLP 401(k) Plan | Email Address on File | No Address Available | | | | 25,697 | 25,697 | 13,186 | 13,708 | 7,449 | 7,449 | | | | | | | | |
| Lucia Brower 2020 Irrevocable Trust Dated 12.15.20 | Email Address on File | Address on File | 1,000,000 | | | | | | | | | | | | | | | | |
| M&M Investments and Properties LLC | joseph@mishkinlaw.com | c/o Mishkin & Associates LLC, 1250 E Hallandale Beach Blvd Ste 706, Hallandale Beach, FL, 33009-4641 | | | | 129,187 | 129,187 | 54,452 | 56,609 | 44,698 | 44,698 | | | | | | | | |
| M. Family Investments LLC | martingonzalomundo@gmail.com | 766 VIOLET LANE, VACAVILLE, CA, 95687 | | | | 6,198 | 6,198 | 31,197 | 32,432 | 44,365 | 44,365 | 7,529 | 22,094 | 8,880 | 28,022 | 28,079 | 28,079 | | |
| Manuel Morales | Email Address on File | No Address Available | 228,551 | | | | | | | | | | | | | | | | |
| Maranello Holdings LLC | mci@candaladvisors.com | c/o Mishkin & Associates LLC, 1250 E Hallandale Beach Blvd Ste 706, Hallandale Beach, FL, 33009-4641 | | | | 77,092 | 77,092 | 36,245 | 37,681 | 22,353 | 22,353 | | | | | | | | |
| Mary Ruth | Email Address on File | No Address Available | | | | | | 16,918 | 17,588 | | | | | | | | | | |
| Matthew Brown | Email Address on File | Address on File | 500 | | | | | | | | | | | | | | | | |
| Matthew Verminski | Email Address on File | Address on File | 20,480 | | | | | | | | | | | | | | | | |
| McCann Investments & Advisory LLC | james@mccann-investments-advisory.com | 68 Nichols Rd, Cohasset, MA, 02025 | | | | | | 41,794 | 43,449 | | | | | 4,539 | 14,323 | | | | |
| Medical Investment Group Ltd. | GLeon@forrestalcapital.com | 1450 Brickell Avenue - Suite 2530, Miami, FL, 33131 | 388,270 | | | 1,435,946 | 1,435,946 | 1,978,070 | 2,056,451 | 1,435,021 | 1,435,021 | 1,177,205 | 3,454,642 | 893,349 | 2,819,176 | 7,248,529 | 7,248,529 | | 185,000 |
| Meme Trust | Email Address on File | No Address Available | | | | 25,000 | 25,000 | | | | | | | | | | | | |
| Michael Chu | Email Address on File | Address on File | 249,615 | | | | | | | | | | | | | | | | |
| Mikhail Mikhailov | Email Address on File | Address on File | 3,750 | | | | | | | | | | | | | | | | |
| Misca Holdings LLC | joseph@mishkinlaw.com | c/o Mishkin & Associates LLC, 1250 E Hallandale Beach Blvd Ste 706, Hallandale Beach, FL, 33009-4641 | 10,000 | | | | | | | | | | | | | | | | |
| Mitchell Freeman | Email Address on File | Address on File | 100,000 | | | | | | | | | | | | | | | 798,161 | |
| Mitu Investment Company Inc | banking@pearse-trust.ie | 767 South Alameda Street, Los Angeles, CA, 90021 | 4,167 | | | | | | | | | | | | | | | | |
| MVP LS Fund CCVI LLC | Tyler@microventures.com | 11601 Alterra Pkwy, Austin, TX, 78758 | 12,014 | | | | | | | | | | | | | | | | |
| Mykhaylo Kolesnik | Email Address on File | Address on File | 1,666 | | | | | | | | | | | | | | | | |
| Mykola Blokhin | Email Address on File | Address on File | 5,208 | | | | | | | | | | | | | | | | |
| NBM US Holdings Inc. | rafael.braz@marfrig.com.br | C/O The Corporation Trust Company, Corporation Trust Center. 1209 Orange Street, WILMINGTON, DE, 19801 | | | | | | | | | | 342,252 | 1,004,377 | | | 434,420 | 434,420 | | |
| Nicolas Chu and Charlotte Lord | Email Address on File | Address on File | | | | 1,550 | 1,550 | 8,186 | 8,509 | 11,092 | 11,092 | | | 1,273 | 4,017 | 3,615 | 3,615 | | |
| Nicolas Valenzuela | Email Address on File | Address on File | 1,271 | | | | | | | | | | | | | | | 249,172 | |
| NOA Capital Corp. | fmarroquin@inmex.com | 48 Princes Place Holland Park, London, W11 4QA, United Kingdom | 33,333 | | | | | | | | | 1,369,009 | 4,017,514 | | | | | | |
| O Shacks Ltd | ejgallegos@yahoo.com | No Address Available | | | | | | | | | | 41,070 | 120,524 | | | | | | |
| Oleg Popov | Email Address on File | Address on File | 6,000 | | | | | | | | | | | | | | | | |
| Orbis Partners LP | jjuanmarcos@sieteleguas.com.mx | 3490 Piedmont Rd NE, Suite 304, Atlanta, GA, 30305 | | | | | | | | | | 34,225 | 100,437 | | | | | | |
| Out of the Box IX, LLC | mporras@bedrockcapital.com | c/o Bedrock Capital Partners, Rua Mouzinho da Silveira, 32., Lisboa, 1250-008, Portugal | 155,000 | | | | | | | | | | | | | | | | |
| Pedro Sarabia | petusarabia@gmail.com | 555 5th Ave NE, Unit 424, Unit 4, Saint Petersburg, FL, 33701 | 245 | | | | | | | | | | | | | | | | |
| Pine Hill (Delaware) LLC | eduardoantonio.gomez@mfamilyoffice.net | Attn: General Counsel, Calle Hermanos Pinzon 4, Apt 7, Madrid, 28036, Spain | | | | | | | | | | 13,690 | 40,174 | | | 20,086 | 20,086 | | |
| Prestige Management, Ltd. | ckostova@ainvadvisors.com | Appomattox Advisory, Inc., 623 Fifth Avenue, NY NY 10022, | | | | | | | | | | 17,112 | 50,217 | | | | | | |
| Priscilla Rojas | Email Address on File | Address on File | 4,687 | | | | | | | | | | | | | | | | |
| Publio Lorenzo | Email Address on File | No Address Available | | | | 25,000 | 25,000 | 5,880 | 6,112 | | | | | 3,354 | 10,584 | | | | |
| Quattro International Enterprises Inc | lha@axxets.bs | 7th Floor, Hume House, Ballsbridge 4, Dublin, Ireland | 8,334 | | | | | | | | | | | | | | | | |

Exhibit A

List of the Debtors' Shareholder and Warrant Holders[1]

| Name | Shareholder Email | Shareholder Address | Common (CS) | Series Seed Preferred (PS) | Series Seed Preferred (PS) 1:1 Conversion Ratio | Series A Preferred (PA) | Series A Preferred (PA) 1:1 Conversion Ratio | Series B-1 Preferred (PB1) | Series B-1 Preferred (PB1) 1.0396257277 02833424204 583429:1 Conversion Ratio | Series B Preferred (PB) | Series B Preferred (PB) 1:1 Conversion Ratio | Series C-1 Preferred (PC1) | Series C-1 Preferred (PC1) 2.9346149210 558033023984 57274:1 Conversion Ratio | Series C Preferred (PC) | Series C Preferred (PC) 3.1557390221 36515206299 46567:1 Conversion Ratio | Series D Preferred (PD) | Series D Preferred (PD) 1:1 Conversion Ratio | Options and RSU's Outstanding Under 2016 Stock Plan | (W) Common Warrants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rafael Pieretti | Email Address on File | Address on File | 805,362 | | | | | | | | | | | | | | | | |
| Raji Gupta | Email Address on File | Address on File | 7,887 | | | | | | | | | | | | | | | | |
| Rawlins Business Corp | rosana.baeumler@sequent.limited | c/o Sequent (Schweiz) AG, Attn: General Counsel, Seefeldstrasse 279a, Zurich, 8008, Switzerland | | | | | | | | | | 410,702 | 1,205,252 | | | 130,569 | 130,569 | | |
| Rebecca Carpenter | Email Address on File | Address on File | 4,444 | | | | | | | | | | | | | | | | |
| Rebecca Dyer | Email Address on File | Address on File | 6,996 | | | | | | | | | | | | | | | | |
| Ricardo Wright | Email Address on File | No Address Available | | | | | | | | | | 17,112 | 50,217 | | | | | | |
| Richard L Taney Revocable Trust | Email Address on File | No Address Available | | | | | | 12,688 | 13,190 | | | | | | | | | | |
| Roberto Solana | Email Address on File | No Address Available | | | | 51,395 | 51,395 | | | | | | | | | | | | |
| Robin Mendieta | Email Address on File | Address on File | 500 | | | | | | | | | | | | | | | | |
| Roger Wright | Email Address on File | No Address Available | | | | | | | | | | 13,690 | 40,174 | | | | | | |
| Roman Ajzen & Alicia Staton | Email Address on File | No Address Available | | | | | | | | | | 13,690 | 40,174 | | | | | | |
| RUM INVESTMENTS, LLC | rmueller@forrestalcapital.com | 400 Bellemeade Street Ste 800, Greensboro, NC, 27401 | | | | | | 39,474 | 41,037 | | | | | 4,287 | 13,528 | | | | |
| Serhii Ruskykh | Email Address on File | No Address Available | 1,000 | | | | | | | | | | | | | | | | |
| Silkin Capital LLC | jordan@silkincapital.com | 11111 BISCAYNE BLVD. APT #756., MIAMI, FL, 33181 | 3,334 | | | | | | | | | | | | | | | | |
| Soraya Marquez Barrios 2015 Irrevocable Trust | Email Address on File | No Address Available | 12,500 | | | | | | | | | 34,225 | 100,437 | | | | | | |
| Soul Global LP | meyer@mishkin-associates.com | 708 3rd Ave Fl 6, New York City, NY, 10017 | 41,875 | | | 15,000 | 15,000 | | | | | | | | | | | | |
| South Pacific Investment Holdings LLC | julio@kuecapital.com | 1201 NORTH MARKET ST FL 18 P.O. BOX 1347, WILMINGTON, DE, 19801 | | | | | | | | | | 205,351 | 602,626 | | | | | | |
| SPG-IF2 SAPI DE CV | ogn@ignia.vc | No Address Available | | | | | | | | | | 328,562 | 964,202 | | | | | | |
| Suma Capital Group Inc | supermellon@yahoo.com | Av. Diagonal, 640, 5F F, Les Corts, 08017 Barcelona, Spain | 6,000 | | | | | | | | | | | | | | | | |
| Susan Webb | Email Address on File | No Address Available | | | | 1,875 | 1,875 | 5,516 | 5,734 | 13,037 | 13,037 | | | | | | | | |
| Tamara Belkina | Email Address on File | Address on File | 3,125 | | | | | | | | | | | | | | | | |
| TAOFF-IF2 | mchu68@gmail.com | No Address Available | | | | | | 386,098 | 401,395 | | | 5,133 | 15,063 | 63,654 | 200,875 | | | | |
| The Hatchlings Fund Ltd. | ogil@ainvadvisors.com | 623 5TH AVE., 28TH FLOOR, NEW YORK, NY, 10022 | | | | 128,751 | 128,751 | | | 36,483 | 36,483 | | | | | | | | |
| The Ivan Gallegos Rivas LLC | ivan.gallegos@piamontecapital.com | Attn: General Counsel, 1158 Fifth Ave, Apt 5B, New York, NY, 10029 | | | | | | | | | | 20,535 | 60,262 | | | | | | |
| The Montufar Family Revocable Trust | Email Address on File | Address on File | | | | | | | | | | 17,112 | 50,217 | | | | | | |
| Touchdown Partners, LLC | tom@tgpalmer.com | No Address Available | 178,078 | | | | | | | | | | | | | | | | |
| Valor Real Corporation | m.torres@myfmc.net | Attn: General Counsel, Centro Banaven Ave la Estancia Chuao, PHD Chacao, Caracas, Venezuela | | | | | | | | | | | | | | 50,240 | 50,240 | | |
| Viktoriia Petrunets | Email Address on File | Address on File | 2,000 | | | | | | | | | | | | | | | | |
| VT Private Investments LLC | tlopezv@hotmail.com | 5534 Hansel Ave Ste J, Orlando, FL, 32809-3405 | | | | | | | | | | 3,579 | 10,502 | | | | | | |
| William Odom | Email Address on File | Address on File | 10,000 | | | | | | | | | | | | | | | | |
| WiseLife Investments S.A. | claus.salge@gmail.com | Hisar, Haryana, India, Hisar, Haryana, India | | | | | | | | | | | | | | 28,644 | 90,392 | | |
| Yegor Anchyshkin | Email Address on File | Address on File | 129,776 | | | | | | | | | | | | | | | | |
| Yongchao Hao | Email Address on File | Address on File | 5,000 | | | | | | | | | | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name __Takeoff International Subco India Private Limited__

United States Bankruptcy Court for the: _____ District of __Delaware__

(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration___Consolidated Corporate Ownership Statement and List of Equity Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/30/2024__     ✗ __/s/ Brett M. Anderson__

MM / DD / YYYY     Signature of individual signing on behalf of debtor

Brett M. Anderson

Printed name

Deputy Chief Restructuring Officer

Position or relationship to debtor